Case: 1:17-cv-05711 Document #: 11 Filed: 08/23/17 Page 1 of 6 PageID #:25

FILED
8/23/2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED

AUG 04 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Lee Ester Davis

Plaintiff(s),

vs.

Kimberly turner (Traffic management authority/cpd),

Defendant(s).

17-cv-05711
Judge Jorge L. Alonso
Magistrate Judge Susan E. Cox

Case No.

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Lee ester Davis.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, __kimberly Turner_____, is
    (name, badge number if known)

    ☒ an officer or official employed by __Chicago Police (Trsit oeai)__ ;
    (department or agency of government)

    _____ or

    ☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is __City of Chicago - Cook County__. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about __Sept, 25, 2015__, at approximately __9:36__ ☐ a.m. ☒ p.m.
    (month, day, year)
    plaintiff was present in the municipality (or unincorporated area) of __Chicago__, in the County of __Cook__, State of Illinois, at __Pedestrian walkway near CTA Orange line__,
    (identify location as precisely as possible)

    when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

    ☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
    ☒ searched plaintiff or his property without a warrant and without reasonable cause;
    ☐ used excessive force upon plaintiff;
    ☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
    ☐ failed to provide plaintiff with needed medical care;
    ☐ conspired together to violate one or more of plaintiff's civil rights;
    ☒ Other: __Deprived plaintiff of his right to free speech__
    _____

2

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*):_____

_____

_____

_____.

8. Plaintiff was charged with one or more crimes, specifically:

   Disobedience to a police officer_____

   _____

   _____

   _____

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

   ☐ are still pending.

   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

   _____.

   ☒ Other: The case was dismissed because I was later charged with another crime involving the same officer

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

On Sep 25th 2015 at 9:36pm I was at the CTA midway orange line platform waiting for my Uber driver to arrive. When a car pulled up appx 25-35 feet away from me Kimberly Turner an officer and Public Servant stopped the driver of the vehicle and began to question him in a provocative manner. It was then that I pulled out my cell phone with the intent to acknowledge my driver's arrival and document the encounter. About 5 sec later Kimberly Turner traveled the appx 25-35 feet from the car in the street to the platform that I was standing at and came appx 5 feet from me and demanded that I stopped recording (note that there where no indication on my phone visible to the officer that I was recording IE flashlight ETC) I reminded the officer that she was involved in a traffic stop/investigation with a driver and to return to her investigation. Kimberly Turner then called CPD and — continued on next page

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Constitutional rights violation, poor employment performance review, emotional distress, lost job prospects

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☒ No

4

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

— Continued from pg 4
had me arrested, fingerprinted, photographed and locked in a cold cell ~~with no~~ for appx 4½ hours and charged with the offense of disobedience to a peace officer

11. ~~Defendant acted knowingly, intentionally, willfully and maliciously.~~

12. ~~As a result of defendant's conduct, plaintiff was injured as follows:~~

13. ~~Plaintiff asks that the case be tried by a jury.~~ ☐ Yes ☐ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. [X] *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Lee Davis*

Plaintiff's name (print clearly or type): Lee Davis

Plaintiff's mailing address: 6310 S Claremont Ave

City Chicago   State IL   ZIP 60636

Plaintiff's telephone number: (312) 966-7554

Plaintiff's email address (if you prefer to be contacted by email): LeeDavisLogic@Gma

15. Plaintiff has previously filed a case in this district. [X] Yes ☐ No

*If yes, please list the cases below.*
Lee Davis vs Tom Dart

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5